# Third District Court of Appeal
## State of Florida

Opinion filed December 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-906
Lower Tribunal No. 21-9347
_____

**Miguel Santana and Danays Estopinan,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Shahady & Wurtenberger, P.A., and John J. Shahady (Fort Lauderdale), for appellants.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellee.

Before LINDSEY, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Navarro v. Citizens Prop. Ins. Corp., 353 So. 3d 1276, 1280 (Fla. 3d DCA 2023) (affirming summary judgment in favor of insurer where insured failed to "adequately counter the presumption of prejudice" resulting from insured's failure to timely report claim).